**Order filed, September 04, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00707-CR

———————

**STEVEN  BERNELL  PENTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 65544-A**

---

## ORDER

The reporter's record in this case was due **July 28, 2014**.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Robin Rios**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM